**Wesley K. Duncan, #12362**
Sparks City Attorney
wduncan@cityofsparks.us
**Mariah Northington, #14247**
Senior Assistant City Attorney
mnorthington@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH WILLIAMS,<br><br>   Plaintiff,<br><br>  vs.<br><br>CITY OF SPARKS, et al.,<br><br>   Defendants. | Case No. 3:22-CV-00197-MMD-CSD<br><br>ORDER GRANTING<br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

  PLEASE TAKE NOTICE that effective Autust 31, 2023, Barrack Potter, withdrawas as attorney of record for Defendants City of Sparks, Christopher Bare, Christopher Rowe, Mateo Terrasas, Charles Colborn, Nathan Janning, Vernon Taylor, and Austin Gibson in the above captioned matter. Wesley K. Duncan, Sparks City Attorney and Mariah Northington, Senior Assistant City Attorney, will remain as the attorneys of record for Defendants.

  DATED this 30th day of August, 2023.

            WESLEY K. DUNCAN
            Sparks City Attorney

          By: */s/ Wesley K. Duncan*
            Attorneys for Defendants

IT IS SO ORDERED.

DATED: August 31, 2023.

            _____
            UNITED STATES MAGISTRATE JUDGE